UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hanny G. Martindale,

      Plaintiff,                 Civil No. 07-3738 (RHK/JSM)

vs.                           **DISQUALIFICATION AND
                                    ORDER FOR REASSIGNMENT**

Wyeth and its division, Wyeth
Pharmaceuticals, Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 21, 2007

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge